AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Bronsand Music, Inc. and Craig Barna, | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | )  Civil Action No. 15-8764 |
| Peter Pan 2011 LLP, Cath Co. Inc. d/b/a McCoy Rigby Entertainment, Tom McCoy, Keith Levenson, and Cathleen Roxanne Rigby a/k/a Cathy Rigby | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Peter Pan 2011 LLP c/o Business Filings Incorporated, 187 Wolf Road, Suite 101, Albany, NY 12205
Cath Co. Inc. d/b/a McCoy Rigby Entertainment, 22601 La Palma Avenue, Yorba Linda, CA 92887
Tom McCoy, 22601 La Palma Avenue, Yorba Linda, CA 92887
Keith Levenson, 76 White Birch Road, Ridge, NY 10576
Cathleen Roxanne Rigby, 22601 La Palma Avenue, Yorba Linda, CA 92887

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Law Office of Harvey S. Mars, LLC
322 West 48 Street, 6th Floor
New York, NY 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*